UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In Re: Randy Francis Hyde								Chapter 7
											Case No. 18-70197

---

FIRST SENTINEL BANK
                    Plaintiffs

vs.											Motion No.: _____

RANDY FRANCIS HYDE

   and

WILLIAM E CALLAHAN, JR.; TRUSTEE
                    Defendants

---

## MOTION TO APPROVE ENTRY OF AN
## ORDER TERMINATING RELIEF FROM STAY

Comes now the Plaintiffs, by counsel, who respectfully represents as follows:

1. The Debtor is indebted to the Plaintiffs by reason of a Note for the purchase of an automobile dated October 19, 2015 in the original principal sum of $47,941.13.

2. This indebtedness as owing by the Debtor to the Plaintiffs is secured by a Lien in Title for a 2015 Chevrolet Silverado with 33619 miles with VIN 1GC4K0CGXFF677941.

3. The Debtor has severely defaulted in the payment obligations owing under the terms of the above-described Deed of Trust and Note.

**WHEREFORE,** the Plaintiffs pray that an Order be entered granting the Plaintiffs relief from the automatic stay so as to allow the Plaintiffs to proceed with foreclosure proceedings under the terms of its Deed of Trust lien as hereinabove described.

1

FIRST SENTINEL BANK
By Counsel


 /s/ Bradley C. Ratliff
Bradley C. Ratliff, VSB #74185
THE RATLIFF LAW FIRM
1100 Cedar Valley Drive, Suite 2
Cedar Bluff, Virginia 24609
Voice:  (276) 522-1220
Fax:    (276) 206-2255
E-Mail:  Brad@ratlifflaw.net


## CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of the foregoing Motion for Relief for Stay by First Class Pre-paid Mailing to Randy Francis Hyde, 12101 Arbor Street Meadowview, Virginia 24361 and to William E. Callahan Jr., Trustee, 1800 Wells Fargo Tower Drawer 1200, Roanoke, Virginia 24006 on this the 12th day of July, 2018.


/s/ Bradley C. Ratliff
Bradley C. Ratliff, Counsel to Plaintiffs

2